IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIV. NO. 2:05cv99-H |
| | ) | WO |
| JAMES DEWAYNE NIX | ) | |

**ORDER**

On June 9, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) Said Recommendation is hereby adopted;

(2) the motion to vacate pursuant to 28 U.S.C. § 2255 is hereby DENIED; and

(3) this case is hereby DISMISSED without prejudice as the court lacks jurisdiction over the motion.

Done this 10th day of August, 2005.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE